UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 1:06CR304-02 |
| | ) |
| vs. | ) JUDGE JOHN R. ADAMS |
| | ) |
| SAMUEL DAVIS DICKERSON, II. | ) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the Northern District of Ohio hereby dismisses Count 1 of the superseding indictment against defendant <u>SAMUEL DAVIS DICKERSON, II,</u>

only.

_Gregory A. White_
Gregory A. White
United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_John R. Adams_
John R. Adams
United States District Judge

Date:

Form OBD-113
Dec. 82